

**United States Department of Justice**

*United States Attorney*
*Northern District of New York*

*100 South Clinton Street, P.O. Box 7198*  Tel.: (315) 448-0672
*James M. Hanley Federal Building*  Fax: (315) 448-0646
*Syracuse, New York 13261-7198*

April 26, 2024

**VIA CM/ECF**
Hon. Thérèse Wiley Dancks
U.S. Magistrate Judge
Federal Building and U.S. Courthouse
P.O. Box 7346
Syracuse, New York 13261-7346

      Re:    *Long et al. v. U.S. ICE & U.S. CBP*:  Joint Status Report
            Civil Action No.: 5:23-CV-1564 (DNH/TWD)

Dear Judge Dancks:

    This office represents Defendants in this Freedom of Information Act ("FOIA") case. Please accept this letter as a report on the conference as a joint status report as required by this Court's Text Order dated April 3, 2024.  *See* Dkt. # 22.  The parties have continued to explore potential resolution of this matter.  On April 19, 2024, Plaintiffs provided Defendants with a written proposal.  Defendants are currently internally reviewing the proposal to determine how to proceed.  On April 25, 2024, counsel for the parties held a meet-and-confer to discuss some discrete points of the proposal.

    Therefore, the parties jointly and respectfully request that this Court enter an Order directing the parties to file a joint status report on or before May 13, 2024 regarding the status of their discussions.

                                         CARLA B. FREEDMAN
                                         United States Attorney

               By:    /s/
                      David M. Katz
                      Assistant United States Attorney
                      Bar Roll No. 700065