# EXHIBIT E

**Subject:** OGIS Case No. 2011-0102
**From:** Kirsten Mitchell <Kirsten.Mitchell@nara.gov>
**Date:** 4/21/2011 4:11 PM
**To:** David Bright Burnham <dburnham@syr.edu>, Susan B Long <suelong@syr.edu>
**CC:** Karen Finnegan <Karen.Finnegan@nara.gov>, Miriam Nisbet <Miriam.Nisbet@nara.gov>

Dear Sue and David,

Thank you for sharing your concerns Monday about your case with OGIS, OGIS's process and ICE's progress on your request. It was a useful discussion that will help everyone going forward.

We have talked with ICE and Customs and Border Protection (CBP) and are now able to share information that we had not previously been able to share. After the March 25 discussion some weeks ago between ICE, TRAC and OGIS, ICE began moving in a new direction in an attempt to respond holistically rather than piecemeal to your request – that is, working toward releasing both ICE data and U.S. Customs & Border Protection (CBP) data. Specifically, ICE has been working with CBP and DHS's Office of Immigration Statistics (OIS) regarding the data fields that are not ICE-owned. ICE's goal in working with CBP is that the two offices could respond to your request in one release.

We relayed to ICE that you want an interim release as soon as possible rather than waiting for a final release. ICE is proceeding with making an interim release, and has instructed the Statistical Tracking Unit (STU) of Enforcement and Removal Operations (ERO) to pull the requested ENFORCE data owned by ICE in the IIDS system. That interim release will not contain any CBP data.

Once the search is complete, ICE will provide data field names to you so that you will know what to expect when ICE makes its release. ICE continues to believe that 75 percent of the data fields requested by TRAC align with data in the IIDS system. In instances in which data is not released, ICE will explain in detail why it is not releasing data.

The data will be released on a CD in either Microsoft Access or Microsoft Excel format. The data will be contained in multiple tables if released in Access, or in multiple spreadsheets if released in Excel, which will not be linked. As Bradley White mentioned in the March 25 OGIS-facilitated discussion, ICE has not solved the issue of linking tables together. OGIS recognizes that TRAC's request very clearly seeks linked tables; ICE is available to have a conversation with you regarding the linked table issue, and OGIS would be happy to facilitate such a discussion.

Regarding another discussion with Miriam, Karen and me about collaborative communications, we would be happy to have such a conversation with you. You should know that I am out of the office until Monday May 2; Wednesday May 4 is not good for the three of us, but other than that our calendars are fairly clear that week and we should have no problem carving out time for such a discussion.

Kind regards,

Kirsten




Kirsten B. Mitchell
Office of Government Information Services (OGIS)

National Archives & Records Administration
8601 Adelphi Road, Room 2510
College Park, MD 20740
Main: (301) 837-1996
Direct: (301) 837-3761
Toll-Free: (877) 684-6448
kirsten.mitchell@nara.gov
www.archives.gov/ogis