# EXHIBIT G

U.S. Department of Homeland Security
Washington, DC 20536-5009



U.S. Immigration
and Customs
Enforcement

November 26, 2013

Rec'd 12-9-13
ps

SUSAN LONG
TRAC
360 NEWHOUSE II
SYRACUSE, NY  13244-2100

Re: **2014FOIA3478**

Dear Ms. Long:

This acknowledges receipt of your Freedom of Information Act (FOIA) request to the U.S. Immigration and Customs Enforcement (ICE), dated November 18, 2013, seeking copies of the following agency records:
Part A: All information ["data"] currently recorded in: (i) the Enforcement Integrated Database (EID), (ii) ICE's Integrated Decision Support (IIDS) system, (iii) the General Counsel Electronic Management System (GEMS), and (iv) the U.S. Customs and Border Protection data repositories/data warehouses/data marts.

Part B: With respect to the information systems mentioned in Part A, any information ["descriptive records"] prepared since the beginning of FY 2004 or having applicability to systems existing during this time period describing: (i) any of their contents, (ii) any changes in the coverage or
scope of their contents, (iii) any of the processes, tools, instructions or methods for adding, deleting, modifying, checking, or validating their contents, (iv) whether any of their contents is currently maintained or updated, (v) the uses currently made of any of their contents, or (vi) the distribution of any of their contents to other data systems, or to individuals, offices, units, organizations, or locations whether inside and outside the agency, how and when such distributions occur or should occur and what specific contents is included in each distribution.  Your request was received in this office on November 19, 2013.

Upon initial review of the request, I have determined that the information you are seeking is under the purview of the U.S. Customs and Border Protection, a DHS component.  Therefore, I am referring your request to the FOIA Officer for U.S. Customs and Border Protection, Sabrina Burroughs, for processing and direct response to you.  You may contact that office in writing at FOIA Division, 90 K. Street NE, Washington, DC 20002-1181 or via telephone at (202) 325-0150.

If you need to contact this office again concerning your request, please refer to **2014FOIA3478**.  This office can be reached at (866) 633-1182.

Our mailing address is 500 12th Street, S.W., Stop 5009, Washington, D.C. 20536-5009.

Sincerely,

Catrina M. Pavlik-Keenan
FOIA Officer