# EXHIBIT H

**U.S. Border Patrol Nationwide Apprehensions**
**February 1, 2013 to February 28, 2013**
Data includes Deportable Aliens Only
Data Source: EID (Unofficial) as of 7/19/13

| CITIZENSHIP | GENDER | AGE | NUMBER OF CHILDREN | NATIONALITY | MARITAL STATUS | DATE OF ENTRY | STATUS AT ENTRY CD | DHS STATUS | ARREST DATE TIME | BORDER | SECTOR | DISTRICT | CDS PROGRAMS | ARREST METHOD CD | DISPOSITION | SUBJECT ID | (B)(7)(E) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MEXICO | Female | 15 | | | S | 1/31/2013 1:40:00 PM | PVWAM | IA | 2/1/2013 12:00:00 AM | SBO | RGV | | | PB | V | | |
| GUATEMALA | Male | 41 | 3 GUATEMALA | | S | 1/31/2013 1:40:00 PM | PVWAM | IA | 2/1/2013 12:00:00 AM | SBO | RGV | | | PB | REINST | | |
| GUATEMALA | Male | 18 | | | S | 1/31/2013 1:40:00 PM | PVWAM | IA | 2/1/2013 12:00:00 AM | SBO | RGV | | | PB | WANTA | | |
| MEXICO | Male | 12 | | | | 1/31/2013 1:40:00 PM | PVWAM | IA | 2/1/2013 12:00:00 AM | SBO | RGV | | | PB | V | | |
| HONDURAS | Male | 28 | NONE | | S | 1/31/2013 9:00:00 PM | PVWAM | IA | 2/1/2013 12:00:00 AM | SBO | RGV | | | PB | ER | | |
| HONDURAS | Female | 26 | 5 MEX, 1 USC | | S | 1/31/2013 1:40:00 PM | PVWAM | IA | 2/1/2013 12:00:00 AM | SBO | RGV | | | PB | ER | | |
| HONDURAS | Male | 20 | | | S | 1/31/2013 1:40:00 PM | PVWAM | IA | 2/1/2013 12:00:00 AM | SBO | RGV | | | PB | REINST | | |
| EL SALVADOR | Male | 16 | | | S | 1/31/2013 1:40:00 PM | PVWAM | IA | 2/1/2013 12:01:00 AM | SBO | RGV | | | TRC | REINST | | |
| HONDURAS | Male | 35 | NONE CLAIMED | | S | 1/31/2013 6:00:00 AM | PVWAM | IA | 2/1/2013 12:01:00 AM | SBO | RGV | | | TRC | V | | |
| MEXICO | Male | 28 | | | S | 1/31/2013 12:00:00 AM | PVWAM | IA | 2/1/2013 12:04:00 AM | SBO | ELC | | | PB | V | | |
| MEXICO | Male | 25 | | | S | 2/1/2013 1:30:00 AM | PVWAM | IA | 2/1/2013 12:20:00 AM | SBO | RGV | | ATEP | TRC | ER | | |
| MEXICO | Male | 28 | CLAIMS THREE AMERICAN 1 MEXICAN | | S | 1/31/2013 11:30:00 PM | PVWAM | IA | 2/1/2013 12:20:00 AM | SBO | SDC | | ATEP | PB | ER | | |
| MEXICO | Male | 18 | NONE | | S | 1/31/2013 12:00:00 AM | PVWAM | IA | 2/1/2013 12:30:00 AM | SBO | RGV | | | TRC | ER | | |
| EL SALVADOR | Female | 15 | NONE | | S | 1/31/2013 12:15:00 AM | PVWAM | IA | 2/1/2013 12:30:00 AM | SBO | RGV | | | PB | V | | |
| EL SALVADOR | Male | 18 | EL SAL | | S | 1/31/2013 12:15:00 AM | PVWAM | IA | 2/1/2013 12:30:00 AM | SBO | RGV | | | PB | WANTA | | |
| EL SALVADOR | Female | 17 | NONE | | S | 1/31/2013 12:15:00 AM | PVWAM | IA | 2/1/2013 12:30:00 AM | SBO | TCA | | | PB | REINST | | |
| MEXICO | Male | 54 | | | M | 1/30/2013 1:00:00 AM | PVWAM | IA | 2/1/2013 12:30:00 AM | SBO | RGV | | | TRC | REINST | | |
| MEXICO | Female | 14 | NONE | | S | 1/31/2013 9:00:00 AM | PVWAM | IA | 2/1/2013 12:39:00 AM | SBO | RGV | | | PB | V | | |
| MEXICO | Male | 25 | EL SALVADOR | | S | 1/31/2013 12:15:00 AM | PVWAM | IA | 2/1/2013 12:39:00 AM | SBO | RGV | | | PB | V | | |
| MEXICO | Male | 20 | | | S | 1/31/2013 8:00:00 PM | PVWAM | IA | 2/1/2013 12:39:00 AM | SBO | RGV | | STR PROS | PB | ER | | |
| MEXICO | Male | 24 | 2 MEXICAN | | S | 1/31/2013 8:00:00 PM | PVWAM | IA | 2/1/2013 12:39:00 AM | SBO | BBT | | STR PROS | PB | ER | | |
| MEXICO | Male | 21 | | | S | 1/31/2013 8:00:00 PM | PVWAM | IA | 2/1/2013 12:39:00 AM | SBO | BBT | | STR PROS | PB | ER | | |
| MEXICO | Male | 19 | | | S | 1/31/2013 8:00:00 PM | PVWAM | IA | 2/1/2013 12:39:00 AM | SBO | BBT | | STR PROS | PB | ER | | |
| MEXICO | Male | 27 | ONE MINOR MEXICAN CHILD | | S | 1/31/2013 8:00:00 PM | PVWAM | IA | 2/1/2013 12:39:00 AM | SBO | BBT | | STR PROS | PB | ER | | |
| MEXICO | Female | 25 | NONE | | S | 2/1/2013 12:00:00 AM | PVWAM | IA | 2/1/2013 12:40:00 AM | SBO | RGV | | | PB | V | | |
| GUATEMALA | Male | 70 | | | S | 2/1/2013 12:00:00 AM | PVWAM | IA | 2/1/2013 12:40:00 AM | SBO | RGV | | | PB | V | | |
| MEXICO | Male | 15 | NONE | | S | 2/1/2013 12:30:00 AM | PVWAM | IA | 2/1/2013 12:40:00 AM | SBO | SDC | | | PB | REINST | | |
| MEXICO | Male | 23 | | | S | 2/1/2013 12:30:00 AM | PVWAM | IA | 2/1/2013 12:43:00 AM | SBO | SDC | | STR PROS | PB | ER | | |
| HONDURAS | Male | 29 | 3 HONDU | | S | 2/1/2013 5:00:00 PM | PVWAM | IA | 2/1/2013 12:43:00 AM | SBO | RGV | | | PB | V | | |
| HONDURAS | Male | 29 | 1 USC 1 HONDURAS | | M | 2/2/2013 12:43:00 AM | PVWAM | IA | 2/1/2013 12:45:00 AM | SBO | EPT | | STRMLINE | PB | REINST | | |
| HONDURAS | Male | 50 | 2 MEXICAN | | M | 1/31/2013 9:00:00 PM | PVWAM | IA | 2/1/2013 1:06:00 AM | SBO | EPT | | STR PROS | PB | REINST | | |
| MEXICO | Male | 53 | NONE | | S | 1/31/2013 9:00:00 PM | PVWAM | IA | 2/1/2013 1:06:00 AM | SBO | EPT | | STR PROS | PB | ER | | |
| MEXICO | Male | 21 | CLAIMS NONE | | S | 1/31/2013 9:00:00 PM | PVWAM | D | 2/1/2013 1:06:00 AM | SBO | EPT | | STR PROS | PB | REINST | | |
| MEXICO | Male | 22 | CLAIMS NONE | | S | 1/31/2013 9:00:00 PM | PVWAM | IA | 2/1/2013 1:06:00 AM | SBO | EPT | | STR PROS | PB | REINST | | |
| MEXICO | Male | 36 | 1 MEXICAN NATIONAL | | S | 1/31/2013 9:00:00 PM | PVWAM | D | 2/1/2013 1:06:00 AM | SBO | EPT | | STR PROS | PB | REINST | | |
| MEXICO | Male | 27 | 1 USC | | S | 1/31/2013 9:00:00 PM | PVWAM | D | 2/1/2013 1:06:00 AM | SBO | EPT | | STR PROS | PB | REINST | | |
| MEXICO | Male | 36 | 3 MEXICO | | S | 1/31/2013 3:30:00 AM | PVWAM | IA | 2/1/2013 1:06:00 AM | SBO | EPT | | STR PROS | PB | REINST | | |
| MEXICO | Male | 30 | 2 MEXICO | | M | 1/31/2013 3:00:00 AM | PVWAM | IA | 2/1/2013 1:06:00 AM | SBO | EPT | | STR PROS | PB | REINST | | |
| MEXICO | Male | 18 | CLAIMS NONE | | S | 1/31/2013 5:00:00 PM | PVWAM | IA | 2/1/2013 1:06:00 AM | SBO | EPT | | STR PROS | PB | REINST | | |
| MEXICO | Male | 22 | 2 MEXICO | | S | 1/31/2013 5:00:00 AM | PVWAM | IA | 2/1/2013 1:08:00 AM | SBO | EPT | | STR PROS | PB | REINST | | |
| MEXICO | Male | 63 | NONE | | S | 1/31/2013 9:00:00 PM | PVWAM | IA | 2/1/2013 1:08:00 AM | SBO | EPT | | STR PROS | PB | REINST | | |
| MEXICO | Male | 23 | NONE | | S | 1/31/2013 9:00:00 PM | PVWAM | IA | 2/1/2013 1:08:00 AM | SBO | EPT | | STR PROS | PB | REINST | | |
| MEXICO | Male | 34 | CLAIMS NONE | | S | 4/15/2009 12:00:00 PM | PVWAM | IA | 2/1/2013 1:12:00 AM | SBO | EPT | | | CLC | WANTA | | |
| EL SALVADOR | Male | 24 | 6 GUATEMALA | | S | 1/31/2013 3:00:00 AM | PVWAM | IA | 2/1/2013 1:30:00 AM | SBO | RGV | | | PB | V | | |
| GUATEMALA | Male | 24 | 1 GUATEMALAN | | M | 1/31/2013 3:00:00 AM | PVWAM | IA | 2/1/2013 1:30:00 AM | SBO | RGV | | | PB | REINST | | |
| GUATEMALA | Male | 16 | | | S | 1/31/2013 3:00:00 AM | PVWAM | IA | 2/1/2013 1:40:00 AM | SBO | LRT | | | PB | V | | |
| MEXICO | Male | 33 | | | S | 1/31/2013 4:00:00 AM | PVWAM | IA | 2/1/2013 1:40:00 AM | SBO | TCA | | ATEP | PB | ER | | |
| GUATEMALA | Female | 33 | 2 MEXICAN | | S | 2/1/2013 1:00:00 AM | PVWAM | IA | 2/1/2013 1:50:00 AM | SBO | LRT | | | PB | REINST | | |
| GUATEMALA | Male | 28 | NONE CLAIMED | | S | 2/1/2013 1:00:00 AM | PVWAM | IA | 2/1/2013 1:50:00 AM | SBO | TCA | | | PB | REINST | | |
| GUATEMALA | Male | 18 | NONE | | S | 2/1/2013 1:00:00 AM | PVWAM | IA | 2/1/2013 1:50:00 AM | SBO | TCA | | | PB | REINST | | |
| MEXICO | Male | 29 | 4 MEXICAN | | S | 1/31/2013 12:00:00 AM | PVWAM | IA | 2/1/2013 2:00:00 AM | SBO | SDC | | ATEP | PB | ER | | |
| MEXICO | Male | 25 | UNITED STATE CITIZENS | | S | 1/30/2013 9:00:00 AM | PVWAM | IA | 2/1/2013 2:00:00 AM | SBO | TCA | | STR PROS | PB | REINST | | |
| MEXICO | Male | 31 | 5 MEXICAN | | M | 1/30/2013 3:00:00 PM | PVWAM | IA | 2/1/2013 2:00:00 AM | SBO | TCA | | STR PROS | PB | REINST | | |
| MEXICO | Male | 33 | 2 MEXICO | | S | 1/30/2013 9:00:00 PM | PVWAM | IA | 2/1/2013 2:00:00 AM | SBO | TCA | | STR PROS | PB | REINST | | |
| MEXICO | Male | 23 | NONE | | S | 1/30/2013 9:00:00 PM | PVWAM | IA | 2/1/2013 2:00:00 AM | SBO | TCA | | STR PROS | PB | REINST | | |
| MEXICO | Male | 26 | NONE | | S | 1/30/2013 9:00:00 PM | PVWAM | IA | 2/1/2013 2:00:00 AM | SBO | TCA | | ATEP | PB | ER | | |
| MEXICO | Female | 23 | 2 MEXICAN | | S | 1/30/2013 9:00:00 PM | PVWAM | IA | 2/1/2013 2:00:00 AM | SBO | TCA | | ATEP | PB | ER | | |
| EL SALVADOR | Male | 25 | 2 MEXICAN | | M | 1/25/2013 7:00:00 PM | PVWAM | IA | 2/1/2013 2:00:00 AM | SBO | TCA | | | PB | TOT | | |
| GUATEMALA | Male | 23 | UNITED STATES CITIZENS | | S | 1/25/2013 7:00:00 PM | PVWAM | IA | 2/1/2013 2:00:00 AM | SBO | TCA | | | PB | TOT | | |
| MEXICO | Male | 16 | NONE | | S | 1/31/2013 11:00:00 PM | PVWAM | IA | 2/1/2013 2:00:00 AM | SBO | SDC | | | PB | REINST | | |
| GUATEMALA | Female | 33 | NONE CLAIMED | | S | 1/21/2013 1:00:00 AM | PVWAM | IA | 2/1/2013 2:00:00 AM | SBO | TCA | | | PB | TOT | | |
| MEXICO | Male | 32 | NONE CLAIMED | | S | 1/31/2013 1:00:00 PM | PVWAM | IA | 2/1/2013 2:00:00 AM | SBO | TCA | | ATEP | PB | ER | | |
| MEXICO | Male | 35 | 2 MEXICAN | | S | 1/25/2013 7:00:00 PM | PVWAM | IA | 2/1/2013 2:00:00 AM | SBO | TCA | | | PB | TOT | | |
| MEXICO | Male | 23 | NONE | | S | 1/25/2013 7:00:00 PM | PVWAM | IA | 2/1/2013 2:00:00 AM | SBO | TCA | | | PB | TOT | | |
| MEXICO | Male | 33 | | | S | | | | | | | TCA | | | PB | | | |