# EXHIBIT I

**U.S. Border Patrol Nationwide Apprehensions**
**October 1, 2017 - December 31, 2017**
*Data includes Deportable Migrants Only*
Data Source: EID (Unofficial) as of End of Year Date; Prosecution, Statute Charge as of 9/29/21; Final Bookout Date, Removal Type via BP

| CITIZENSHIP | GENDER | APP AGE | UC INDICATOR | FMUA INDICATOR | CREDIBLE FEAR INDICATOR | NUMBER_CHILDREN_AND_NATIONALITY | MARITAL STATUS | ENTRY_DT |
|---|---|---|---|---|---|---|---|---|
| COLOMBIA | Male | 44 | | | | 1-US CITIZEN MINOR CHILD | Single | 10/1/2017 8:30:00 PM |
| MEXICO | Male | 33 | | | | 2/MEXICO | Single | 10/1/2017 7:30:00 PM |
| MEXICO | Male | 23 | | | | CLAIMS NONE | Single | 10/1/2017 6:00:00 PM |
| MEXICO | Male | 19 | | | | CLAIMS NONE | Single | 10/1/2017 6:00:00 PM |
| MEXICO | Male | 21 | | | | | Single | 9/26/2017 8:00:00 AM |
| HONDURAS | Female | 26 | | Y | Y | 1 / HONDURAS | Single | 10/1/2017 8:58:00 PM |
| MEXICO | Male | 37 | | | | | Single | 10/1/2017 8:58:00 PM |
| HONDURAS | Female | 1 | | Y | Y | NONE | Single | 10/1/2017 8:58:00 PM |
| MEXICO | Female | 37 | | | | TWO MXN | Single | 9/26/2017 6:00:00 PM |
| MEXICO | Female | 18 | | | | NONE | Single | 9/26/2017 6:00:00 PM |
| MEXICO | Male | 17 | Y | | | | Single | 9/26/2017 6:00:00 PM |
| MEXICO | Male | 20 | | | | NONE CLAIMED | Single | 10/1/2017 8:00:00 PM |
| MEXICO | Male | 32 | | | | NONE CLAIMED | Single | 10/1/2017 8:00:00 PM |
| MEXICO | Male | 21 | | | | 1 MEXICAN | Single | 10/1/2017 9:15:00 PM |
| MEXICO | Male | 29 | | | | 1 USC 3 MEXICAN NATIONALS | Single | 10/1/2017 9:00:00 PM |
| MEXICO | Female | 22 | | | | ONE- UNITED STATES, ONE- MEXICO | Single | 10/1/2017 9:00:00 PM |
| MEXICO | Male | 29 | | | | CLAIMS NONE | Single | 9/29/2017 2:00:00 AM |
| MEXICO | Male | 32 | | | | 4 MX | Single | 10/1/2017 9:15:00 PM |
| MEXICO | Male | 31 | | | | TWO MEXICAN CHILDREN | Single | 10/1/2017 9:30:00 PM |
| HONDURAS | Female | 20 | | Y | Y | ONE-HOND | | 10/1/2017 9:30:00 PM |
| HONDURAS | Female | 3 | | Y | Y | NONE | | 10/1/2017 9:30:00 PM |
| HONDURAS | Male | 39 | | | | FIVE, HONDURAS | Single | 10/1/2017 9:00:00 PM |

ERT as of 9/29/21

| STATUS_AT_ENTRY | DHS STATUS CODE - LPR | APPR_DT_TIME | SECTOR | CDS PROGRAM(S) | DISPOSITION | FINAL BOOKOUT DATE | STATUTE_CHARGE(S) |
|---|---|---|---|---|---|---|---|
| PWA Mexico | | 10/1/2017 8:35:00 PM | DRT | STR_PROS | REINST | 10/2/2017 | 212a9Aii, 8 USC 1182, 8 USC 1325A1 |
| PWA Mexico | | 10/1/2017 8:35:00 PM | ELC | ATEP | REINST | 10/2/2017 | 212a9Cill, 8 USC 1326 |
| PWA Mexico | | 10/1/2017 8:45:00 PM | SDC | STR_PROS | V | 10/4/2017 | 212a6Aii, 8 USC 1229a |
| PWA Mexico | | 10/1/2017 8:45:00 PM | SDC | STR_PROS | V | 10/4/2017 | 212a6Aii, 8 USC 1229a |
| PWA Mexico | | 10/1/2017 9:00:00 PM | TCA | CCI | REINST | 10/2/2017 | 212a9Cill, 8 USC 1182, 8 USC 1326 |
| PWA Mexico | | 10/1/2017 9:11:00 PM | EPT | | ER/CF | 10/3/2017 | 212a7Aii, 8 USC 1182, 8 USC 1325 |
| PWA Mexico | | 10/1/2017 9:11:00 PM | EPT | STR_PROS | REINST | 10/2/2017 | 212a9Aii, 8 USC 1182 |
| PWA Mexico | | 10/1/2017 9:11:00 PM | EPT | | ER/CF | 10/3/2017 | 212a7Aii, 8 USC 1182, 8 USC 1325 |
| PWA Mexico | | 10/1/2017 9:15:00 PM | LRT | | ER | 10/2/2017 | 212a7Aii, 8 USC 1182 |
| PWA Mexico | | 10/1/2017 9:15:00 PM | LRT | | ER | 10/2/2017 | 212a7Aii, 8 USC 1182 |
| PWA Mexico | | 10/1/2017 9:15:00 PM | LRT | | V | 10/2/2017 | 212a6Ai |
| PWA Mexico | | 10/1/2017 9:15:00 PM | SDC | ATEP | ER | 10/2/2017 | 212a7Aii, 8 USC 1182 |
| PWA Mexico | | 10/1/2017 9:15:00 PM | SDC | ATEP | ER | 10/2/2017 | 212a7Aii, 8 USC 1182 |
| PWA Mexico | | 10/1/2017 9:20:00 PM | LRT | | ER | 10/2/2017 | 212a7Aii, 8 USC 1182 |
| PWA Mexico | | 10/1/2017 9:30:00 PM | RGV | STR_PROS | REINST | 10/3/2017 | 212a9Aii, 8 USC 1229a |
| PWA Mexico | | 10/1/2017 9:30:00 PM | RGV | | REINST | 10/2/2017 | 212a9Aii, 8 USC 1229a |
| PWA Mexico | | 10/1/2017 9:30:00 PM | SDC | STR_PROS | REINST | 10/2/2017 | 212a6Aii, 8 USC 1229a, 8 USC 1326 |
| PWA Mexico | | 10/1/2017 9:30:00 PM | ELC | ATEP | ER | 10/2/2017 | 212a7Aii, 8 USC 1182 |
| PWA Mexico | | 10/1/2017 9:35:00 PM | LRT | | REINST | 10/2/2017 | 212a9Aii, 8 USC 1182 |
| PWA Mexico | | 10/1/2017 9:40:00 PM | RGV | | ER/CF | 10/2/2017 | 212a7Aii, 8 USC 1182 |
| PWA Mexico | | 10/1/2017 9:40:00 PM | RGV | | ER/CF | 10/2/2017 | 212a7Aii, 8 USC 1182 |
| PWA Mexico | | 10/1/2017 9:40:00 PM | RGV | | ER | 10/2/2017 | 212a7Aii, 8 USC 1182 |

| REFERRED PROSECUTION | CHARGE CODE(S) | CASE FILING DATE | REMOVAL TYPE | CES INDICATOR | NCIC_CHARGE_CODE(S) |
|---|---|---|---|---|---|
| Y | 8 USC 1326(a)(1) | 10/3/2017 | TOT | | |
|  |  |  | POE | | |
| Y | 18 USC 3144 | 10/2/2017 | TOT | | |
| Y | 18 USC 3144 | 10/2/2017 | TOT | | |
| Y | 8 USC 1325(a)(1), 8 USC 1326(a)(1) | 10/3/2017 | ERO | | |
|  |  |  | ERO | | |
|  |  |  | POE | Y | 0301, 0301, 03AB, 03AB |
|  |  |  | ERO | | |
|  |  |  | POE | | |
|  |  |  | POE | | |
|  |  |  | POE | | |
|  |  |  | POE | | |
|  |  |  | POE | | |
|  |  |  | POE | | |
| Y | 8 USC 1325(a)(1) | 10/3/2017 | POE | | |
|  |  |  | POE | | |
| Y | 8 USC 1325, 8 USC 1326 | 10/2/2017 | TOT | Y | 2404, 4899 |
|  |  |  | POE | | |
|  |  |  | POE | | |
|  |  |  | ERO | | |
|  |  |  | ERO | | |
|  |  |  | ERO | | |

| NCIC_DESC(S) | ARREST METHOD |
|---|---|
| | Patrol Border |
| | Patrol Border |
| | Patrol Border |
| | Patrol Border |
| | Patrol Border |
| | Patrol Border |
| Illegal Entry (INA SEC.101(a)(43)(O), 8USC1325 only); Illegal Entry (INA SEC.101(a)(43)(O), 8USC1325 only); Illegal Re-Entry (INA SEC.101(a)(43)(O), 8USC1326 only); Illegal Re-Entry (INA SEC.101(a)(43)(O), 8USC1326 only) | Patrol Border |
| | Patrol Border |
| | Patrol Border |
| | Patrol Border |
| | Patrol Border |
| | Patrol Border |
| | Patrol Border |
| | Patrol Border |
| | Patrol Border |
| | Patrol Border |
| Vehicle Theft; Obstruct Police | Patrol Border |
| | Patrol Border |
| | Patrol Border |
| | Patrol Border |
| | Patrol Border |
| | Patrol Border |
| | Patrol Border |