# EXHIBIT B

```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLUMBIA


SUSAN B. LONG, ET AL.,              )
                                    )
        Plaintiffs,                 )
                                    )    CV No. 17-1097
     vs.                            )    Washington, D.C.
                                    )    May 27, 2021
IMMIGRATION                         )    10:03 a.m.
AND CUSTOMS ENFORCEMENT, ET AL.,    )
                                    )
        Defendants.                 )
_____)


     TRANSCRIPT OF EVIDENTIARY HEARING VIA ZOOM PROCEEDINGS
            BEFORE THE HONORABLE AMIT P. MEHTA
               UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Plaintiffs:        Scott L. Nelson
                           Michael T. Kirkpatrick
                           PUBLIC CITIZEN
                           LITIGATION GROUP
                           1600 20th Street, NW
                           Washington, D.C. 20009
                           (202) 588-7728
                           Email:
                           snelson@citizen.org
                           Email:
                           mkirkpatrick@citizen.org

For the Defendants:        Kathleene A. Molen
                           U.S. ATTORNEY'S OFFICE
                           FOR THE DISTRICT OF COLUMBIA
                           555 Fourth Street, NW
                           Washington, D.C. 20530
                           (202) 252-2518
                           kathleene.molen@usdoj.gov
```

```
APPEARANCES CONTINUED

Court Reporter:                William P. Zaremba
                               Registered Merit Reporter
                               Certified Realtime Reporter
                               Official Court Reporter
                               E. Barrett Prettyman CH
                               333 Constitution Avenue, NW
                               Washington, D.C. 20001
                               (202) 354-3249

Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription
```

```
                        - - -

                    WITNESS INDEX

                        - - -

WITNESSES              DIRECT CROSS REDIRECT RECROSS

DEFENDANT'S:

TIMOTHY GIBNEY           13    92

                        - - -

                    WITNESS INDEX

                        - - -

WITNESSES              DIRECT CROSS REDIRECT RECROSS

GOVERNMENT'S:

TIMOTHY GIBNEY                        131

                        - - -

                    WITNESS INDEX

                        - - -

WITNESSES              DIRECT CROSS REDIRECT RECROSS

PLAINTIFF's:

SUSAN B. LONG            137   161
```

1  warehouse system, IIDS, which we use for all types of
2  reporting and analytics and any type of query purposes.  So
3  that's where the requests are -- FOIA request data for
4  operational data ultimately comes out of the IIDS.  But the
5  data itself is created in the EID, sourced from EID.
6      Q    So where does the agency search for records that
7  would respond to a FOIA request like TRAC's request?
8      A    Right.
9           So we search for those records in our -- in
10 artifacts that are deliverable which were created out of
11 IIDS.
12     Q    So if I understand correctly, the data originates
13 in the EID --
14     A    Correct.
15     Q    -- which is the system of record, correct?
16     A    Yes.
17     Q    And then you just mentioned that searches are done
18 through IIDS; is that right?
19     A    That's correct, yes.
20     Q    Can you explain how that data gets from the EID
21 into the IIDS?
22     A    Sure.
23          So we follow an ETL process, which is extract,
24 transform, load.  This is a standard process that you use to
25 move data from a transactional system such as EID to a

1  reporting system.

2        So we do this process three times a week, where we
3  completely rebuild our reporting database based on the
4  current EID data.  So we run this process three times a week
5  to have a reporting repository available so that we can
6  answer questions about the EID operational data.

7     Q   So the ETL is kind of a conduit, a go-between,
8  from EID to IIDS?

9     A   Yeah, the ETL is a process.  So it does three
10 things.  It extracts.

11       So data in EID is transactional data, it's not
12 stored in a way which is intended for reporting.  It's
13 very -- it's a normalized database, it's not structured in a
14 way that makes reporting easy.

15       So this is pretty standard.  What you do is you
16 then have a data warehouse, which has a completely different
17 type of data structure that is more amenable toward
18 reporting.

19       So the ETL doesn't extract.  Three times a week,
20 we go in and we pull all the relevant EID data.  We
21 transform it.  That's the "T" in the ETL.  So we reorganize
22 it, we add calculations to get commonly requested items
23 pre-canned and ready to go.

24       And then we load it.  That's the "L."  So that's
25 where it actually then gets loaded into the IIDS data model.