# EXHIBIT C

```
UNITED STATES  DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------x
SUSAN B. LONG and DAVID BURNHAM,

                            Plaintiff,

vs.                           5:17-CV-506

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT,

                            Defendant.

------------------------------------------x
```

Transcript of an Evidentiary Hearing held on

August 15, 2019, at the James Hanley Federal

Building, 100 South Clinton Street, Syracuse,

New York, the HONORABLE BRENDA K. SANNES, United

States District Judge, Presiding.

Jodi L. Hibbard, RPR, CSR, CRR
*Official United States Court Reporter*
*100 South Clinton Street*
*Syracuse, New York  13261-7367*
*(315) 234-8547*

A P P E A R A N C E S

For Plaintiffs:        MILLER KORZENIK SOMMERS RAYMAN, LLP
                       Attorneys at Law
                       The Paramount Building
                       1501 Broadway, Suite 2015
                       New York, New York  10036
                         BY:  TERENCE P. KEEGAN, ESQ.
                              ZACHARY M. PRESS, ESQ.

For Defendant:         UNITED STATES ATTORNEY'S OFFICE
                       P.O. Box 7198
                       100 South Clinton Street
                       Syracuse, New York  13261-7198
                         BY:  RANSOM P. REYNOLDS, III, ESQ.

                       IMMIGRATION AND CUSTOMS ENFORCEMENT
                       500 12th St., S.W.
                       Ste MS 5900
                       Washington, D.C.  20536
                         BY:  RYAN CHARLES STUBBS, ESQ.

3

1

2                      I N D E X   O F   T E S T I M O N Y

3

| Witnesses | Direct | Cross | Redirect | Recross |
|---|---|---|---|---|
| Curtis A. Hemphill | 8 | 40 | -- | -- |
|  | 62 | 68 | 71 | -- |
| Patricia DeCastro | 79 | -- | -- | -- |
| Susan B. Long | 111 | -- | -- | -- |

Curtis Hemphill - Direct                24

1    case management is happening in the EARM system that relates

2    back to the EID, in other words, if you enter something in a

3    field in EARM, it updates the EID but the case management

4    itself happens in the EARM.

5    Q       And is that your answer as to why that particular

6    statement is not correct, that it can -- the data can be, can

7    easily be managed, updated, and searched for specific

8    information?

9    A       Yes.

10   Q       Can you clarify that a little bit further for us,

11   please.

12   A       Yeah.  Just to clarify, I don't agree with that

13   statement that the case management or that the data

14   management is happening in those databases.  The management

15   of those encounters, detainers, removals happens in the EARM.

16   Q       And can you explain EARM just a little bit for us?

17   A       EARM is a -- a user application that is utilized by

18   officers in the field and the support staff who help us

19   manage cases in the docket control offices, and essentially

20   what it is is it's a snapshot, so when the user goes in to

21   EARM and enters an identifier such as an alien number or an

22   FBI number, or a subject ID, they can retrieve data from the

23   EID that allows them to see the -- either the information

24   related to that encounter or to the encounters that are

25   linked to that person in EARM.

Curtis Hemphill - Direct                     25

1    Q     On page 3, the next paragraph that starts with, "In

2    another FOIA case," you see where I'm pointing to?

3    A     I do.

4    Q     In that paragraph plaintiff states, "ICE confirmed that

5    'Records can be retrieved from IIDS using descriptors entered

6    by an officer specific to a person, such as alien number,

7    subject ID, date of birth, or miscellaneous number such as an

8    FBI number.'"  Is that statement accurate?

9    A     No, we would not retrieve data from the IIDS using an A

10   number or an FBI number.  Again, as I said a moment ago, if

11   we were looking for information regarding an encounter or a

12   person, we would run that identifier in EARM and it would

13   retrieve the data from EID.  The IIDS is a separate data

14   system that is used for reporting purposes.

15   Q     And is that why you would not retrieve data from IIDS

16   using an alien number or date of birth?

17   A     Correct.  When we retrieve data from the IIDS, it's

18   through the use of a query that generally involves a number

19   of variables to produce that information from the IIDS.  I

20   don't run queries myself, I'm an officer, but I work with the

21   analysts and the statisticians that do and I've never seen a

22   query that involved just one field from the database.

23   Q     And by one field, what do you mean by that?  Can you

24   give us an example of what you mean by that?

25   A     An A number or an FBI number.

JODI L. HIBBARD, RPR, CRR, CSR
(315) 234-8547

55

1    our detainers population, we would run it against our

2    removals population to see if there was a common link there

3    for those cases and where it did, we would report that there

4    were this many detainers that had this many removals.  That

5    is a ad hoc type report that we don't generally have a need

6    to do in the course of our normal reporting, unless it's

7    specifically requested.

8              THE COURT:  And what would the link be, how do you

9    know a detainer's linked to removal?

10             THE WITNESS:  At the point where the officer goes

11   into the EARM, to the dashboard, assuming that -- and there's

12   a lot of assumptions here and a lot of data quality issues

13   that we know exist in the system because of the way it's

14   designed, but from a basic standpoint if an officer goes into

15   EARM and runs say an alien number, that is generally common

16   to a lot of the documentation that we use to, in removal

17   proceedings, and the results set of that alien number is that

18   it would bring it up in EARM, again, this is not linked to a

19   database but in the EARM application, it will bring up

20   everything that's related to that A number, or everything

21   ever populated with it, and it would say, here's three

22   detainers over here, here's two encounters where that subject

23   was interviewed in an incarceration setting and the officer

24   has the ability in the EARM to say, I want to take this

25   interview and that detainer and I want to create a case with

JODI L. HIBBARD, RPR, CRR, CSR
(315) 234-8547

1    that, in the system.  And once they do that, it generates a

2    case ID that then copies back to the EID and now there's a

3    case ID in the system.  So that would be a way of linking

4    those through, and again, I'm not a database expert but what

5    I've been explained to by the, by our analysts is that they

6    would go through different dimensions in the database, so

7    they would say, to answer this, because it involves a removal

8    I'm going to go through this case dimension because there has

9    to be a case dimension, and I'll go look for the detainers

10   that are associated in that dimension.  I hope that's not too

11   technical.

12           THE COURT:  No.  So that when, when ICE previously

13   responded to these types of FOIA requests, did they have to

14   go into the EARM?

15           THE WITNESS:  No.  So when ICE was previously

16   reporting it to this -- you mean prior to July 2016 when we

17   changed our posture for FOIAs, they were writing queries that

18   would do what I just described.  Would say, you know, start

19   with the detainers population, filter for this, group this

20   together, now go look with this in this other dimension to --

21   for the case dimension for removals and associate them all

22   together, and then send us back a batch of data that meets

23   all those criterias that are in the query.  And some of that

24   was done after the data was pulled out, it would be

25   manipulated by the analyst to do certain things, some of it