# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN B. LONG, ET AL.,    ) | |
| ) | CV No. 14-109-APM |
| Plaintiffs,    ) | |
| ) | Washington, D.C. |
| vs.    ) | May 8, 2018 |
| ) | 9:57 a.m. |
| IMMIGRATION    ) | |
| AND CUSTOMS ENFORCEMENTS, ET AL.,    ) | Day 1 |
| ) | |
| Defendants.    ) | SEALED |
| _____) | |

TRANSCRIPT OF EVIDENTIARY HEARING
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiffs:    Scott L. Nelson
                       PUBLIC CITIZEN
                       LITIGATION GROUP
                       1600 20th Street, NW
                       Washington, D.C. 20009-1001
                       (202) 588-7724
                       snelson@citizen.org

For the Defendant:     Melanie Dyani Hendry
                       Jane M. Lyons
                       U.S. ATTORNEY'S OFFICE
                       Civil Division
                       555 Fourth Street, NW
                       Washington, D.C. 20530
                       (202) 252-2510
                       melanie.hendry2@usdoj.gov
                       jane.lyons@usdoj.gov

WilliamPZaremba@gmail.com

APPEARANCES CONTINUED

Agency Counsel:            Ryan Stubbs

Court Reporter:            William P. Zaremba
                           Registered Merit Reporter
                           Certified Realtime Reporter
                           Official Court Reporter
                           U.S. Courthouse
                           333 Constitution Avenue, NW
                           Room 6511
                           Washington, D.C. 20001
                           (202) 354-3249

Proceedings recorded by mechanical stenography; transcript produced by computer-aided transcription

---

WITNESS INDEX

---

| WITNESSES | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| DEFENDANTS': | | | | |
| TADGH SMITH | 10 | 50 | 114 | |

---

WITNESS INDEX

---

| WITNESSES | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| PLAINTIFFS': | | | | |
| SUSAN B. LONG | 131 | | | |

Case 5:23-cv-01564-DNH-TWD Document 47-6 Filed 11/08/24 Page 5 of 6
Case 1:14-cv-00109-APM Document 62 Filed 08/15/18 Page 62 of 188

62

```
1    information and what would be its interest to an adverse
2    attacker.
3         Q    But if that information were conveyed in a
4    spreadsheet column header in plain English as opposed to in
5    the form of an abbreviation underbar status, does that
6    create a threat that is unacceptable?
7         A    As an attempt to mitigate that threat by not using
8    the actual field name, but, instead, using a plain-language
9    description of the data that we're responding with.
10        Q    Is any knowledge with respect to the contents of
11   your database, is that a threat?
12        A    Any knowledge?
13        Q    Any knowledge.  Any release of information about
14   what's in your database, does that constitute a threat?
15        A    No.  It's -- the contents of our database are
16   subject to FOIA, and we've produced data from our database
17   for that reason.
18        Q    And where do you draw the line between what kind
19   of information is an unacceptable threat and what kind of
20   information is acceptable?
21        A    When it describes the organization of our data and
22   the structure of our databases.
23        Q    Is any information about the organization and
24   structure of your database an unacceptable threat?
25        A    I don't know what you're getting at.
```

Case 5:23-cv-01564-DNH-TWD    Document 47-6    Filed 11/08/24    Page 6 of 6
Case 1:14-cv-00109-APM    Document 62    Filed 08/15/18    Page 63 of 188

63

| | |
|---|---|
| 1 | Q Well, if you produce a table of -- a spreadsheet |
| 2 | that lists, let's say, information about detainers and it |
| 3 | has a column heading that says, "Detainer issue date," that |
| 4 | reveals to someone, does it not, that your database contains |
| 5 | fields of information that that heading describes, right? |
| 6 | A It does. |
| 7 | Q And that doesn't pose an unacceptable risk? |
| 8 | A No. |
| 9 | Q And if that happens to be the actual name of a |
| 10 | field from the IIDS with spaces replacing underscores, does |
| 11 | it, then, create an unacceptable risk? |
| 12 | A I don't think so, no. Not in that example. |
| 13 | Q I'd like to ask you about the codes that are found |
| 14 | in some fields in the database. |
| 15 | Tell me what you mean by a "code." |
| 16 | A A "code" is a shortened string of information |
| 17 | meant to link to more expanded bits of information. |
| 18 | Q And the code is an entry within a field in the |
| 19 | database, right? |
| 20 | A Correct. |
| 21 | Q And somewhere, there's a translation of what that |
| 22 | code means that allows somebody to understand it, correct? |
| 23 | A Yes. Typically, there's a description for the |
| 24 | code. |
| 25 | Q And let me show you what's been marked as |