# EXHIBIT K

| Name | Asset Type | Full Name | represented by [Data Attribute] > Name | represented by [Data Entity] > Name | Description | is part of [Table] > Name | Technical Data Type |
|---|---|---|---|---|---|---|---|
| CSE | Table | (b)(7)(E). CSE.CSE | | CASE | A set of information related to the removal of an alien initiated by DRO. | | |
| CSE_250_REMOVE_IND | Column | (b)(7)(E). CSE.CSE_250_REMOVE_IND | CASE 250 REMOVE INDICATOR | | An alphanumeric symbol indicating the Alien was removed under Section 250. | CSE | (b)(7)(E) |
| CSE_252B_REMOVE_IND | Column | (b)(7)(E). CSE.CSE_252B_REMOVE_IND | CASE 252B REMOVE INDICATOR | | An alphanumeric symbol indicating the Alien was removed under Section 252B. | CSE | (b)(7)(E) |