# EXHIBIT L

| PCAC_CD | PCAC_DESC | PCAC_CREATE_BY | PCAC_CREATE_DT | PCAC_UPDATE_BY | PCAC_UPDATE_DT |
|---|---|---|---|---|---|
| IP | Initiated Prosecution | (B)(7)(E) | 05/18/2017 03:42:03 | | |
| UP | Updated Prosecution | (B)(7)(E) | 05/18/2017 03:42:03 | | |
| SPA | Submitted Prosecution for Approval | (B)(7)(E) | 05/18/2017 03:42:03 | | |
| RPO | Returned Prosecution to Officer | (B)(7)(E) | 05/18/2017 03:42:03 | | |
| MPA | Marked Prosecution as Accepted | (B)(7)(E) | 05/18/2017 03:42:03 | | |
| MPD | Marked Prosecution as Completed | (B)(7)(E) | 05/18/2017 03:42:03 | (B)(7)(E) | 06/26/2017 15:34:02 |
| AP | Approved Prosecution | (B)(7)(E) | 05/18/2017 03:42:03 | | |
| WP | Withdrew Prosecution from Approval | (B)(7)(E) | 06/26/2017 15:34:02 | | |
| TPA | Transferred Prosecution Approver | (B)(7)(E) | 06/26/2017 15:34:02 | | |
| RP | Reviewed Prosecution | (B)(7)(E) | 06/26/2017 15:34:02 | | |
| TCO | Transferred Case Officer | (B)(7)(E) | 10/20/2017 03:21:42 | | |