# EXHIBIT M

## List of Fields in the CSE EID Table

| Counter | Table | Field Name | Description |
|---|---|---|---|
| | | *Fields with Coded Entries (12)* | |
| 1 | CSE | CSE_CCCD_CD | An alphanumeric value representing a case categories for a case. For example, 1B = 1B-Voluntary Departure - Granted Extension - not to exceed 120 days total, 8C = 8C-Inadmissible - Country Conditions Prevent Removal. |
| 2 | CSE | CSE_CCDSC_CD | An alphanumeric value representing case statuses. For example: ACT = Active, A = A-Proceedings Terminated, X = X-Section 250 Removal, and 9 = 9-VR Witnessed. |
| 3 | CSE | CSE_CEC_CD | An alphanumeric value representing the type of organization that will bear the cost of deporting the Alien. Valid values are: 1 = ICE / Agency, 2 = Other Govt. Agency, 3 = Steamship, 4 = Airline, 5 = Alien, 6 = Reshipped. |
| 4 | CSE | CSE_CFOERC_CD | An alphanumeric value representing a reason for why a final order is not executable. Some examples are: 1 = Country Conditions, 2 = No Travel Document Issued by Country of Citizenship, 13 = Alien Failed / Refused to Cooperate to Obtain Travel Document. |
| 5 | CSE | CSE_COC_CD | An alphanumeric value representing the origination of a case. Valid values are: NEW = Newly created case, INPRG = a case which has been worked on, but has been put back into the Unassigned Docket, and TRF = Transferred from another DCO. |
| 6 | CSE | CSE_DEPARTED_CTC_CD | An alphanumeric symbol indicating a determination of a spatial area, or object occupying the same, relative to other established spatial areas or occupying objects. |
| 7 | CSE | CSE_DEPARTED_PC_CD | An alphanumeric value representing which port of entry the alien departed the country from. |
| 8 | CSE | CSE_250_REMOVE_IND | An alphanumeric symbol indicating the Alien was removed under Section 250. |

| | | | |
|---|---|---|---|
| 9 | CSE | CSE_252B_REMOVE_IND | An alphanumeric symbol indicating the Alien was removed under Section 252B. |
| 10 | CSE | CSE_FINAL_ORDER_EXEC_IND | An alphanumeric symbol indicating DRO has the permission to execute the final order. A 'Y' means that the final order can be executed by DRO and a 'N' means that it cannot. The field will be NULL until the case has reached final order status. |
| 11 | CSE | CSE_FINAL_ORDER_IND | An alphanumeric symbol indicating the case has reached Final Order. A 'Y' indicates that the case has reached final order and a 'N' or NULL indicates that it has not reached final order. |
| 12 | CSE | CSE_IHRP_IND | A one-character string indicating that a case was marked by an (b)(7)(E) user as being a part of Institutional Hearing and Removal Program (IHRP). A "Y" indicates it is. An "N" indicates it is not. |

***Fields with Dates (8)***

| | | | |
|---|---|---|---|
| 13 | CSE | CSE_ORIGINATION_DT | The date the CASE originated in either DACS or EARM |
| 14 | CSE | CSE_CLOSE_DT | The standard calendar period the case was closed. |
| 15 | CSE | CSE_DCKT_ASSGN_DT | The date the case was assigned to the current docket. |
| 16 | CSE | CSE_DEPARTED_DT | The standard calendar period the alien departed the country. |
| 17 | CSE | CSE_FINAL_ORDER_DT | The standard calendar period on which the case reached final order. |
| 18 | CSE | CSE_FINAL_ORDER_EXEC_DT | The standard calendar period on which the final order was executed. |
| 19 | CSE | CSE_FO_LAST_UPDATE_DT | The date and time the case final order indicator was updated. |
| 20 | CSE | CSE_REOPEN_DT | The standard calendar period the case was reopened by DRO. |

***Fields with Explanatory Text (1)***

| | | | |
|---|---|---|---|
| 21 | CSE | CSE_CFOERC_OTHER_REASON_TXT | A Standard English narrative explaining the reason that the final order is not executable. |

***Fields which directly link to other EID tables (6)***

| | | | |
|---|---|---|---|
| 22 | CSE | CSE_CSTDY_LOG_SEQ_NBR | A sequential number that will provide a user friendly reference number of case custody action decision log rows. |

| | | | |
|---|---|---|---|
| 23 | CSE | CSE_LOG_SEQ_NBR | A sequential number that will provide a user friendly reference number of case action decision log rows. |
| 24 | CSE | CSE_ID * | A system generated unique identifier for a case. |
| 25 | CSE | CSE_IMMIGRATION_CIV_ID * | System generated unique identifier for a civilian. This particular civilian row is the CBP encounter which initiated the DRO case. |
| 26 | CSE | CSE_ATY_ID * | A system generated unique identifier of the attorney assigned to the case |
| 27 | CSE | CSE_DCKT_ID * | A system generated unique identifier for the docket to which this case belongs. |
| | ***Fields containing an audit trail or with unknown content*** | | |
| 28 | CSE | CSE_CREATE_DT | The standard calendar period the row was inserted. |
| 29 | CSE | CSE_UPDATE_DT | The standard calendar period the row was last modified. |
| 30 | CSE | CSE_CREATE_BY * | The unique identifier of the user who inserted the row |
| 31 | CSE | CSE_UPDATE_BY * | The unique identifier of the user who last modified the row. |
| 32 | CSE | *added field - unknown* | (b)(7)(E) |