# EXHIBIT P

**Attachment B: List of IIDS Fields**

General notes:

1) The number next to each field in this document corresponds to the line on which that field is described in a spreadsheet produced by Defendant to Plaintiffs on February 11, 2013.

2) The parties agree that field 19, Officer Title, will be included in the report, but may be redacted for specific events if the title could identify the officer.

3) The parties agree that in lieu of #49, Birth Date_Combined, the electronic report will include the individual's age at the time of the encounter.

**Fields**
8.  Aor
9. Site
10. Event Number
11. Arrest Date
12. Arrest Method
13. Non Ice Offense Code
14. Non Ice Offense Degree
15. Operation
19. Officer Title
23. Citizenship Combined
25. Program
26. Apprehension Landmark
27. App COL
28. Fiscal Year
29. Time Illegal in Us Code
30. Time Illegal in US
33. Alert Codes
34. Processing Disposition
36. Apprehension Date and Time
38. Case Status
40. Departed Date
41. Detention Involved Yes No
42. Case Category Code
43. Expedited Removal with Detention
45. Rc Threat Level
46. Program_Event
48. Gender_Combined
49. Birth Date_Combined
50. Lead Type Code
52. Charging Document AOR
53. Charging Document Issued Site

54. Charging Document Create Date
55. Charging Document Issue Date
56. Charging Document Issued Type
58. Citizenship Country
59. Cap Yes No
60. Is 287g Yes No
61. Fin Ord Crim Off Lvl
62. Rc Crim Off Lvl
63. App Crim Off Lvl
64. Rm_Fact_Alert_Codes
65. Site
66. Event Number
67. Prepare Date
68. Detention Location
69. Active Yes NO
70. Alert
71. Is CAP Program Yes No
72. Detainer COL
73. Projectect Release Date
74. Detainer Lift Reason Code
75.  Detainer Lift Reason
76. Detainer Lift Reason 2 Code
77. Detainer Lift Date
79. EVENT AOR
80. Responsible Site
81. Landmark
82. Lead Source
83. Current Program
84. Other Lead Source
85. Event Date
86. Event Type
87. Event Date and Time

Attachment B: List of IIDS Fields

88. Current Program2
89. Current Program Code2
90. Program Code
93. AOR Current Duty Site
94. Current Program Code
95. Encounter COL
97. Encounter Role Code
98. Month
99. Hearing Type
100. Most Serious Criminal Charge Category
101. DCO
102. Definite Criminal Yes No
103. Admission Class
104. Admission Class Code
105. Book Out Date
106. Book In Date
107. Removal Case Count
108. Irp Site
109. Withdraw Docket Control Count
110. Administrative Count
111. Reinstated Final Order Count
112. Vol Dep Docket Control Count
113. Final Order Yes No
114. Final Order Date
115. Departed to Country
116. Criminal Charge Code
117. Release Reason
121. Event Type
122. Case Close Date
123. Entry Status Code
124. Entry Status
125. Port of Entry
126. Entry Date
127. ERO Country Code
128. Detention Facility Type
129. Detention Facility
130. Detention Facility Code
131. Event Fiscal Year
132. Final Charge Section
133. Initial Charge Code
134. Initial Charge Section
135. Most Serious Conviction Status Date
136. Final Charge Code
137. Port of Departure
138. Removal Case COL

139. Eid Civ Create Dt
140. Most Serious Criminal Charge Status Code
142. Final Charge Disposition Code
143. Eid Cse Origination Dt
144. Enc_Fact_Alert_Codes
145. Aggravated Felon Type Code