# EXHIBIT R

| | |
|---|---|
| **TRAC FOIA 23-01753: ICE DetentionsFY2019 through FY2024YTD** | |
| 3,063,603 records released by ICE FOIA response dated May 3, 2024 | |
| 87 fields; of which 9 redacted (shown in red) | |
| includes Alien Number Unique Identifier | |
| **Arresting Agency** | |
| **Arresting Agency Group** | |
| **Book-in Criminality** | |
| **Processing Disposition** | |
| **Detention Facility Type** | |
| **Initial Book In Date Time** | |
| **Book in Date And Time** | |
| **Book Out Date Time** | |
| **Release Reason** | |
| **Final Book Out Date Time** | |
| **Final Release Reason** | |
| **Detention Facility** | |
| **Detention Facility Code** | |
| **Detention Facility Type** | |
| **Detention Facility Type Detailed** | |
| **Detention Facility Address** | |
| **Detention Facility County** | |
| **Detention Facility City** | |
| **Detention Facility State Code** | |
| **Detention Facility Zip Code** | |
| **Detention Facility Male Female** | |
| **FSC or Adult Facility** | |
| **Detention Facility Over Under 72** | |
| **Detention Facility Ice Funded** | |
| **Book in DCO** | |
| **Gender** | |
| **Birth Country** | |
| **Citizenship Country** | |
| **Race** | |
| **Ethnicity** | |
| **Birth Date** | |
| **Birth Year** | |
| **Unaccompanied Juvenile Yes No** | |
| **Case Family Status** | |
| **Entry Date** | |
| **Latest Entry Date** | |
| **Entry Status** | |
| **Time Illegal In Us** | |
| **Latest Entry Status** | |
| **Admission Class** | |
| **Visa Abuse Yes No** | |
| **Student Violator Yes No** | |

| | |
|---|---|
| **Non Immigrant Overstay Yes No** | |
| **Non Immigrant Status Violation Yes No** | criminal |
| **Most Serious Conviction Charge Code** | 1 |
| **Most Serious Conviction Charge** | 2 |
| **Most Serious Conviction Criminal Charge Status** | 3 |
| **Most Serious Conviction Date** | 4 |
| **Most Serious Conviction Sentence Years** | 5 |
| **Most Serious Conviction Sentence Months** | 6 |
| **Most Serious Conviction Sentence Days** | 7 |
| **Most Serious Conviction Crime Class** | 8 |
| **Most Serious Conviction Charge Date** | 9 |
| **Most Serious Criminal Charge** | 10 |
| **Most Serious Criminal Charge Code** | 11 |
| **Most Serious Criminal Charge Date** | 12 |
| **Most Serious Criminal Charge Status** | 13 |
| **Most Serious Charge Conviction Date** | 14 |
| **Most Serious Sentence Years** | 15 |
| **Most Serious Sentence Months** | 16 |
| **Most Serious Sentence Days** | 17 |
| **Most Serious Crime Class** | 18 |
| **Most Serious Pending Charge** | 19 |
| **Most Serious Pending Charge Code** | 20 |
| **Most Serious Pending Charge Date** | 21 |
| **Most Serious Pending Criminal Charge Status** | 22 |
| **Most Serious Pending Conviction Date** | 23 |
| **Most Serious Pending Sentence Years** | 24 |
| **Most Serious Pending Sentence Months** | 25 |
| **Most Serious Pending Sentence Days** | 26 |
| **Most Serious Pending Crime Class** | 27 |
| **Apprehension Threat Level** | |
| **Mandatory Detention Yes No** | |
| **Apprehension Method** | |
| **Apprehension Date** | |
| **Apprehension AOR** | |
| **Apprehension Site** | |
| **Lead Source** | |
| **Detention Stay ID** | |
| **Detention ID** | |
| **Apprehension ID** | |
| **EID Subject ID** | |
| **EID Civilian ID** | |
| **EID Case ID** | |
| **Alien File Number** | |
| **Alien Number Unique Identifier** | |
| **EID Person ID** | |