# EXHIBIT T

| FOIA 2023-ICFO-42005 TRAC Removals FY2015 - FY 2024(YTD) | | |
|---|---|---|
| 1,787,504 records released by ICE FOIA response dated April 10, 2024 | | |
| 130 fields of information with 6 fields redacted (shown in red) | | |
| | | |
| **Departure Date** | | |
| **Departure Fiscal Year** | | |
| **Group of Program Current Final** | | |
| **Port of Departure** | | |
| **Port of Departure Code** | | |
| **Departed to Country** | | |
| **Case DCO** | | |
| **Case AOR** | | |
| **Case Status** | | |
| **Case Category** | | |
| **Group of Program Current Final** | | |
| **Program Current Final** | | |
| **Removal Case Type** | | |
| **Prior Removal** | | |
| **Final Order Yes No** | | |
| **Final Order Date** | | |
| **Final Order Executable Yes No** | | |
| **Final Order Executed Date** | | |
| **Processing Disposition** | | |
| **Processing Disposition Code** | | |
| **Latest Detention Stay Final Book Out Date and Time** | | |
| **Final Charge Section** | | |
| **Final Charge Code** | | |
| **Final Charge** | | |
| **Final Charge Type Code** | | |
| **Gender** | | |
| **Citizenship Country** | | |
| **Birth Country** | | |
| **Birth State** | | |
| **Birth City** | | |
| **Birth Year** | | |
| **Most Serious Conviction** | | |
| **Most Serious Conviction Date** | | |
| **Entry Date** | | |
| **Arrival Date** | | |
| **Time Illegal in US** | | |
| **Apprehension Date** | | |
| **Apprehension Method** | | |
| **Apprehension Method Code** | | |
| **Apprehension Site Landmark** | | |
| **Apprehension Site Landmark Code** | | |
| **Apprehension Site** | | |

| | | |
|---|---|---|
| **Apprehension Site Code** | | |
| **Apprehension AOR** | | |
| **Mandatory Detention Yes No** | | |
| **Non Immigrant Overstay Yes No** | | |
| **Non Immigrant Status Violation Yes No** | | |
| **Student Violator Yes No** | | |
| **Race** | | |
| **Ethnicity** | | |
| **Case Criminality** | | |
| **Latest Detainer Prepare Date and Time** | | |
| **Admission Class** | | |
| **Admission Class Code** | | |
| **Latest Detainer Lift Date and Time** | | |
| **Latest Detainer Lift Reason** | | |
| **Latest Detainer Lift Reason Code** | | |
| **Latest Detainer Form Type** | | |
| **Illegal Reentry Yes No Code** | | |
| **Aggravated Felony Yes No Code** | | |
| **Deportation Ordered Yes No Code** | | |
| **Arrest Warrant Served Yes No Code** | | |
| **Active Investigation Yes No Code** | | |
| **Order to Show Cause Served Yes No** | | |
| **Biometric Match Yes No Code** | | |
| **Statements Made Yes No Code** | | |
| **Prior Felony Yes No Code** | | |
| **Multiple Prior Misd Yes No** | | |
| **Violent Misdemeanor Yes No Code** | | |
| **Illegal Entry Yes No Code** | | |
| **Immigration Fraud Yes No Code** | | |
| **Significant Risk Yes No Code** | | |
| **Other Removal Reason Yes No Code** | | |
| **Other Removal Reason Text** | | |
| **Criminal Street Gang Yes No Code** | | |
| **Detainer Request Upon Conviction Yes No Code** | | |
| **Resume Custody Yes No Code** | | |
| **Component Notified Txt** | | |
| **Previous Detainer Cancel Yes No** | | |
| **Unlawful Attempt Yes No Code** | | |
| **Unlawful Entry Yes No Code** | | |
| **Final Order Yes No Code** | | |
| **Federal Interest Yes No Code** | | |
| **Visa Yes No Code** | | |
| **Death Transfer Notify Request Yes No** | | |
| **Federal Register Notice Yes No** | | |
| **Notify Release Request Yes No** | | |
| **Request Acceptance Yes No Code** | | |

| | | |
|---|---|---|
| Return By Fax Yes No Code | | |
| Return Envelope Include Yes No | | |
| Return Signature Req Yes No Code | | |
| Detainer AOR | | |
| Detainer Site | | |
| Detainer Final Program Code | | |
| Detainer Final Program | | |
| Entry Date Latest Case | | |
| Entry Status Latest Case | | |
| Entry Status Code Latest Case | | |
| Most Serious Conviction Code | | |
| Most Serious Conviction Sentence Years | | |
| Most Serious Conviction Sentence Months | | |
| Most Serious Conviction Sentence Days | | |
| Most Serious Conviction Crime Class | | |
| Most Serious Conviction Crime Class Code | | |
| Most Serious Conviction Charge Date | | |
| Most Serious Pending Charge Code | | |
| Most Serious Pending Charge | | |
| Most Serious Pending Charge Date | | |
| Most Serious Pending Conviction Date | | |
| Most Serious Pending Criminal Charge Status | | |
| Most Serious Pending Sentence Years | | |
| Most Serious Pending Sentence Months | | |
| Most Serious Pending Sentence Days | | |
| Most Serious Pending Crime Class | | |
| Aggravated Felon Type | | |
| Case Threat Level | | |
| Apprehension Final Program | | |
| Apprehension Final Program Group | | |
| Latest Detention Stay Book In Date and Time | | |
| Latest Detention Stay Final Release Reason | | |
| Entry Status | | |
| Latest Stay Earliest Detention Facility | | |
| Latest Stay Earliest Detention Facility Code | | |
| Entry Status Code | | |
| Birth Date | | |
| EID Case ID | | |
| EID Person ID | | |
| EID Civilian ID | | |
| EID Subject ID | | |
| Alien File Number | | |