

United States Department of Justice

*United States Attorney*
*Northern District of New York*

*100 South Clinton Street, P.O. Box 7198*   Tel.: (315) 448-0672
*James M. Hanley Federal Building*   Fax: (315) 448-0646
*Syracuse, New York 13261-7198*

November 20, 2024

**VIA CM/ECF**
Hon. Thérèse Wiley Dancks
U.S. Magistrate Judge
Federal Building and U.S. Courthouse
P.O. Box 7346
Syracuse, New York 13261-7346

    Re:    *Long et al. v. U.S. ICE & U.S. CBP*: Request for Extension of Reply Deadlines
           Civil Action No.: 5:23-CV-1564 (DNH/TWD)

Dear Judge Dancks:

    Currently, this Court's Text Order from August 6, 2024, governs the deadlines for filing the remaining papers regarding the parties' cross-motions for summary judgment. *See* Dkt. # 36. The Text Order requires Defendants to file their opposition and reply papers on December 3, 2024, and requires Plaintiffs to file their reply papers on December 30, 2024. Defendants write to respectfully request (1) an extension of their deadline to file reply papers in further support of Defendants' motions for summary judgment and in opposition to Plaintiffs' motions for summary judgment until December 13, 2024, and (2) an extension of Plaintiffs' deadline to file reply papers in further support of Plaintiffs' motions for summary judgment until January 16, 2025. Plaintiffs' counsel has consented to this request.

                              Respectfully Submitted,

                              CARLA B. FREEDMAN
                              United States Attorney

               By:    /s/ *David M. Katz*
                         David M. Katz
                         Assistant United States Attorney
                         Bar Roll No. 700065

CC:    Counsel for all parties of record (via CM/ECF)