

**United States Department of Justice**

*United States Attorney*
*Northern District of New York*

| | |
|---|---|
| *100 South Clinton Street, P.O. Box 7198* | *Tel.: (315) 448-0672* |
| *James M. Hanley Federal Building* | *Fax: (315) 448-0646* |
| *Syracuse, New York 13261-7198* | |

May 22, 2026

**VIA CM/ECF**
The Honorable David N. Hurd
Senior United States District Judge
Alexander Pirnie Federal Building
10 Broad Street
Utica, New York 13501

> Re:    ***Long & TRAC v. ICE & CBP***: **Joint Status Report (per Dkt. # 61)**
> **Case No.:    5:23-cv-01564-DNH-MJK**

Dear Judge Hurd:

The parties submit this joint status report pursuant to this Court's Decision and Order dated March 24, 2026, which directed the parties to meet and confer and then submit this report "regarding their progress toward resolution of plaintiffs' FOIA requests, including whether a referral for a conference before the assigned magistrate judge might assist in a just resolution." Dkt. # 61 at 16.

Counsel for the parties met and conferred on April 9, 2026, and again on May 4, 2026. These conversations centered on Defendants' plans for complying with the Court's Decision and Order.

On May 19, 2026, Defendants provided a five-page, single-spaced substantive proposal. Defendants report that this proposal was the culmination of significant effort spent by employees of ICE and CBP as well as many hours of meetings. Counsel for Plaintiffs and Defendants have subsequently exchanged correspondence, with counsel for Plaintiffs noting they will need time to discuss the matter with their clients and provide a response with the goal of reaching an understanding as to how to proceed. Plaintiffs' counsel also made a request for a partial production pending further discussion, which is under review with Defendant ICE. Plaintiffs believe that the initial partial production they have requested—a single table from the Enforcement Integrated Database, called the "CSE" table, which contains records related to the immigration "cases" that Defendant Immigration and Customs Enforcement has initiated—will help inform the parties' discussions regarding the production of additional tables to which the "CSE" table is directly or indirectly linked. Counsel for Defendants has not had the ability to confer with ICE as to the proposal due to the timing of the request and previously scheduled leave. Therefore, ICE cannot comment on or respond to Plaintiffs' belief in this regard or how it relates to ICE's proposal at this time.

Letter to Judge Hurd
*Long & TRAC v. ICE & CBP*
Case No.: 5:23-cv-01564-DNH-MJK
May 22, 2026
Page 2


The parties intend to continue their discussions with the goal of reaching an agreed-upon path forward. At this time, the parties do not believe a conference with Magistrate Judge Katz is necessary, but would defer to the Court on that matter. The parties jointly and respectfully request this Court allow the parties to continue their discussions and jointly report to the Court by June 26, 2026.

The parties jointly participated in drafting this joint status report.

TODD BLANCHE
Acting Attorney General

JOHN A. SARCONE III
First Assistant United States Attorney


By:      /s/David M. Katz
David M. Katz
Assistant United States Attorney
Bar Roll No. 700065

CC:    Counsel of Record (via CM/ECF)