

**United States Department of Justice**

*United States Attorney*
*Northern District of New York*

| | |
|---|---|
| *100 South Clinton Street, P.O. Box 7198* | *Tel.: (315) 448-0672* |
| *James M. Hanley Federal Building* | *Fax: (315) 448-0646* |
| *Syracuse, New York 13261-7198* | |

July 21, 2026

**VIA CM/ECF**
The Honorable David N. Hurd
Senior United States District Judge
Alexander Pirnie Federal Building
10 Broad Street
Utica, New York 13501

> Re:    ***Long & TRAC v. ICE & CBP***: **Supplemental Joint Status Report**
>       **Case No.:**      **5:23-cv-01564-DNH-MJK**

Dear Judge Hurd:

Plaintiffs and ICE submit this supplemental joint status report following the joint status report filed yesterday and as set forth in today's Text Status Report Order.  Dkt. # 67.  ICE and Plaintiffs have agreed to the following production schedule:

- Part 1 (CSE table):
  - Phase 1:      Initial Production by August 10, 2026
  - Phase 2:      within 10 business days after agreement or resolution of issues as to Part 1, Phase 1

- Part 2 (CSE table and directly linked tables):
  - Phase 1:      within 25 business days after Part 1, Phases 1 and 2, complete
  - Phase 2:      within 20 business days after agreement or resolution of issues as to Part 2, Phase 1

- Part 3 (CSE Table, directly linked tables, and indirectly linked tables):
  - Phase 1:      within 25 business days after Part 2, Phases 1 and 2, complete
  - Phase 2:      within 20 business days after agreement or resolution of issues as to Part 2, Phase 1

Phase 1 of each Part will be a subset of the entire production for each Part.  Phase 2 would then be the entire production for each Part.  This two-phase production accounts for Plaintiffs' reservation of their rights to challenge the format, comprehensiveness, or other aspects of ICE's production and endeavors to allow for resolution of issues prior to completing production.  To that end, between Phase 1 and Phase 2 of each Part, the parties have agreed that

Letter to Judge Hurd
*Long & TRAC v. ICE & CBP*
Case No.: 5:23-cv-01564-DNH-MJK
July 21, 2026
Page 2


Plaintiffs will have the ability to raise issues so that the parties can meet and confer in hopes of resolving issues prior to commencing Phase 2 of the Part (and/or before moving onto Phase 1 of the next Part).  The parties agree that they will work to identify and, if possible, resolve any issues promptly following each Phase 1 production.  The parties propose to submit an additional Joint Status Report on September 11, 2026, to inform the Court of the status of production.

      The parties have jointly participated in drafting this supplemental joint status report.

                        TODD BLANCHE
                        Acting Attorney General

                        JOHN A. SARCONE III
                        First Assistant United States Attorney

By:      /s/David M. Katz
                        David M. Katz
                        Assistant United States Attorney
                        Bar Roll No. 700065

CC:    Counsel of Record (via CM/ECF)